**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

The State, Respondent,

v.

Christopher Ryan Whitehead, Petitioner.

Appellate Case No. 2012-213683

---

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

---

Appeal from Kershaw County
G. Thomas Cooper, Jr., Circuit Court Judge

---

Memorandum Opinion No. 2015-MO-033
Heard December 11, 2014 – Filed June 10, 2015

---

**AFFIRMED AS MODIFIED**

---

Appellate Defender LaNelle Cantey DuRant, of Columbia, for Petitioner.

Attorney General Alan M. Wilson, Chief Deputy Attorney General John W. McIntosh, Senior Assistant Deputy Attorney General Donald J. Zelenka, Senior Assistant Attorney General Melody J. Brown, and

Solicitor Daniel E. Johnson, all of Columbia, for the Respondent.

----

**JUSTICE KITTREDGE:** We granted a writ of certiorari to review the court of appeals' unpublished opinion in *State v. Whitehead*, Op. No. 2012-UP-526 (S.C. Ct. App. filed Sept. 12, 2012). For the reasons set forth in *State v. McDonald*, 412 S.C. 133, 771 S.E.2d 840 (2015), we affirm as modified. While the admission of the codefendants' statements violated the Confrontation Clause,[1] in view of the overwhelming evidence of guilt, the error was harmless.

**AFFIRMED AS MODIFIED.**

**TOAL, C.J., PLEICONES, BEATTY and HEARN, JJ., concur.**

----

[1] U.S. Const. amend. VI; *see Bruton v. United States*, 391 U.S. 123 (1968).